# EXHIBIT A





*Screenshots taken on September 11, 2023, from ritasuniqueboutiques.com*

https://ritasuniqueboutiques.com/products/valentines-day-heart-print-crop-tops-wrapped-short-skirt-suits

*Infringement discovered September 11, 2023,  on* ***ritasuniqueboutiques.com***



*Screenshots taken on January 26, 2024, showing infringing products still active on,*
***ritasuniqueboutiques.com***



==COPYRIGHT DESIGN REGISTRATION==
**DESIGN NUMNER:** VA0002284380



*Screenshot taken on January 26, 2024, of an Instagram post made by,*
*instagram.com/ritasuniqueboutique/ on January 16, 2024.*

https://www.instagram.com/p/C2JMoh_KOzD/



*Screenshots taken on September 11, 2023, from ritasuniqueboutiques.com*

*https://ritasuniqueboutiques.com/products/retro-gothic-red-cross-fairy-handbags*



**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002370860



*Infringement discovered on September 11, 2023, on **ritasuniqueboutiques.com***

*Screenshot taken on January 26, 2024, showing infringing products still active , on **ritasuniqueboutiques.com***

**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002364598



*Infringement discovered on September 11, 2023, on __ritasuniqueboutiques.com__*

*Screenshot taken on January 26, 2024, showing infringing products still active , on __ritasuniqueboutiques.com__*

**COPYRIGHT DESIGN REGISTRATION**
**DESIGN NUMBER:** VA0002295829

*Infringement discovered on September 27, 2023, on ritasuniqueboutiques.com*



*Screenshot taken on January 26, 2024, showing infringing products still active , on*
*ritasuniqueboutiques.com*
https://ritasuniqueboutiques.com/products/short-full-rhinestone-crystal-bling-cowboy-boots

**COPYRIGHT IMAGE REGSITRATION**
**IMAGE NUMBER:** VA000230069





*Infringement discovered on September 26, 2023, on __ritasuniqueboutiques.com__*



*Screenshot taken on January 26, 2024, showing infringing products still active, on* __ritasuniqueboutiques.com__

__https://ritasuniqueboutiques.com/products/gothic-bats-oversized-sweaters__



**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002303093

*Infringement discovered on September 26, 2023, on* <u>*ritasuniqueboutiques.com*</u>



*Screenshot taken on January 26, 2024, showing infringing products still active, on*
<u>*ritasuniqueboutiques.com*</u>

<u>**https://ritasuniqueboutiques.com/products/gothic-bats-oversized-sweaters**</u>



**COPYRIGHT DESIGN REGSITRATION**
**IMAGE NUMBER:** VA0002303093





*Screenshots taken on January 26, 2024, on* *ritasuniqueboutiques.com*

https://ritasuniqueboutiques.com/products/rainbow-patchwork-lace-up-sequined-high-platform-boots

**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002353322



*Screenshot taken on January 26, 2024, of an Instagram post made by, instagram.com/ritasuniqueboutique/ on January 21, 2024.*

**https://www.instagram.com/p/C2WNKS8qvpG/**

*Infringement discovered on September 26, 2023, on ritasuniqueboutiques.com*



*Screenshot taken on January 26, 2024, showing infringing products still active, on*
*ritasuniqueboutiques.com*

**https://ritasuniqueboutiques.com/products/ripped-gothic-blouses**



**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002303093



*Screenshot taken on January 26, 2024, of an Instagram post made by,*
*instagram.com/ritasuniqueboutique/ on January 10, 2024.*

https://www.instagram.com/p/C17yZ5apdvi/

COPYRIGHT IMAGE REGISTRATION
IMAGE NUMBER: VA0002303093



*Screenshot taken on September 27, 2023, from ritasuniqueboutiques.com*

*https://ritasuniqueboutiques.com/products/gothic-see-through-mesh-vintage-flared-sleeves-dresses*

**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002293837



*Screenshot taken on January 31, 2024, of an Instagram post made by,*
*instagram.com/ritasuniqueboutique/ on January 13, 2024.*

*https://www.instagram.com/p/C2D1gontE7v/*

**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002293837



*Infringement discovered on September 27, 2023, on **ritasuniqueboutiques.com***

*Screenshots taken on January 26, 2024, showing infringing products still active, on **ritasuniqueboutiques.com***

*https://ritasuniqueboutiques.com/products/butterfly-wings-bling-glitter-ankle-boots*

**COPYRIGHT DESIGN REGISTRATION**
**DESIGN NUMBER:** VA0002363239

*Infringement discovered on September 27, 2023, on <u>ritasuniqueboutiques.com</u>*



*Screenshots taken on January 26, 2024, showing infringing products still active, on*
<u>ritasuniqueboutiques.com</u>

<u>https://ritasuniqueboutiques.com/products/butterfly-wings-bling-glitter-ankle-boots</u>

**Screenshot taken on September 26, 2024,** *from* *ritasuniqueboutiques.com*



*https://ritasuniqueboutiques.com/products/bat-attack-fringe-bodycon-dresses*

COPYRIGHT DESIGN REGISTRATION
**DESIGN NUMBER:** VA0002292487



*Screenshot taken on January 26, 2024, of an Instagram post made by,*
*instagram.com/ritasuniqueboutique/ on January 2, 2024.*



*https://www.instagram.com/p/C2bNa8CqEB0/*



**Screenshot taken on February 1, 2024,** *from* [*ritasuniqueboutiques.com*](https://ritasuniqueboutiques.com)

[https://ritasuniqueboutiques.com/products/pentagram-halter-vest-backless-camisole](https://ritasuniqueboutiques.com/products/pentagram-halter-vest-backless-camisole)

**COPYRIGHT IMAGE REGISTRATION**
**IMAGE NUMBER:** VA0002300641